# **CERTIFICATION**

RE:     Denzil A. Lawrence
        922291
        18-1329-NJR


        I, _____, hereby certify that
            (Name and Title of Authorized Officer - please print)

Denzil A. Lawrence currently has the sum of $_____ on account at Chester Mental Health Center.


                                            _____
                                            Signature of Authorized Officer

Dated: _____


**PURSUANT TO 28 U.S.C. § 1915(a)(2),
PLEASE ATTACH A COPY OF THE INMATE'S
TRUST FUND ACCOUNT STATEMENT
FOR THE PAST SIX MONTHS.**


**Please mail the statement and this completed form to:**
Clerk of Court
United States District Court
Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 62201

PS-17
Rev. 5/18